1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
8
   Attorneys for Plaintiff
9  Clear Channel Outdoor, Inc.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13 | CLEAR CHANNEL OUTDOOR, INC., a    | Case No. CV 08 2955
   | Delaware Corporation,             |
14 |                                   | CLEAR CHANNEL OUTDOOR, INC.'S
   |         Plaintiff,                | CERTIFICATE OF INTERESTED
15 |                                   | PARTIES
   |    vs.                            |
16 |                                   | [Civil L.R. 3-16]
   | CHEOL HOON LEE, an individual,    |
17 |                                   |
   |         Defendant.                |
18

Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Clear Channel Outdoor Holdings, Inc., parent company of Plaintiff Clear Channel Outdoor, Inc. Other than as disclosed herein, there is no such interest to report.

DATED: June 13, 2008.

REED SMITH LLP

By _____
Scott D. Baker
James A. Daire
Attorneys for Plaintiff
Clear Channel Outdoor, Inc.