1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
8

9  Attorneys for Plaintiff
   Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHEOL HOON LEE, an individual,<br><br>Defendant. | Case No.: CV 08 2955 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3  The undersigned party in the above-referenced civil matter hereby declines to consent to the
4  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
5  requests the reassignment of this case to a United States District Judge.

7  DATED: June 13, 2008.

REED SMITH LLP

By _____
Scott D. Baker
James A. Daire
Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

– 1 –

DOCSSFO-12518082.1

CLEAR CHANNEL OUTDOOR, INC.'S CORPORATE DISCLOSURE STATEMENT