| Attorney or Party without Attorney: REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415 543-8700   FAX No: 415 391-8269 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff, /Clear Channel Outdoor, Inc. | Ref. No. or File No.: /JAMES A. DAIRE |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: CLEAR CHANNEL OUTDOOR, INC.
Defendant: CHEOL HOON LEE

| PROOF OF SERVICE HAND DELIVERY | Hearing Date: | Time: | Dept/Div: | Case Number: CV082955 WBD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CIVIL CASE COVER SHEET; SUMMONS IN A CIVL CASE; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CLEAR CHANNEL OUTDOOR, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSON; CLEAR CHANNEL OUTDOOR, INC.'S CORPORATE DISCLOSURE; ECF REGISTRATION INFORMATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; AND DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

3. a. Party served: CHEOL HOON LEE

4. Address where the party was served: 1435 LAKEVIEW DRIVE
   HILLSBOROUGH, CA 94010

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 16, 2008 (2) at: 4:35PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY LOWE
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2008-0001046
      (iii) County: San Francisco
      (iv) Expiration Date: Sun, Feb. 14, 2010

   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Jun. 17, 2008

Judicial Council Form    PROOF OF SERVICE    (TONY LOWE)
Rule 2.150.(a)&(b) Rev January 1, 2007    HAND DELIVERY    6425313  .reesm-sf.140272