UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEE, <br><br> Defendant. | No. C 08-2955 WDB <br><br> NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for September 17, 2008, at 4:00 p.m. is vacated.

Dated: June 18, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
    Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd