**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| Clear Channel Outdoor, Inc. | NO. CV 08-02955 PJH |

Clear Channel Outdoor, Inc.                           NO. CV 08-02955 PJH

11                    Plaintiff,                    **CLERK'S NOTICE RE: FAILURE
          v.                                        TO FILE ELECTRONICALLY
12                                                  AND/OR REGISTER AS AN E-
                                                    FILER**
13    Lee
                    Defendant.
14    _____/

15
16    On June 13, 2008, counsel for **Plaintiff Clear Channel Outdoor, Inc.** filed a **Complaint (doc 1),**
17    **Certificate of Interested Entities (doc 2), Corporate Disclosure Statement (doc 3) and a**
18    **Declination to Proceed Before a U.S. Magistrate Judge (doc 6)** manually, on paper. This case has
      been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
19
20    The above mentioned  paper documents have been filed and docketed. However, General Order 45
21    provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
22    presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff  should submit the above
23    referenced documents, in PDF format within 10 days, as an attachment in an *e-mail* message directed
24    to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**
25    button and follow the procedure listed there).  Do *not* e-file a document which has been previously filed
26    on paper, as is the case with the above mentioned filing. **All subsequent papers should be**
27    **e-filed.**
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: July 1, 2008

Felicia Reloba
Deputy Clerk

**United States District Court**
For the Northern District of California

2