1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (State Bar No.: 037196)
2  wlukens@lukenslaw.com
   JENNIFER L. JONAK (State Bar No.: 191323)
3  jjonak@lukenslaw.com
   One Maritime Plaza, Suite 1600
4  San Francisco, CA 94111
   Telephone: (415) 433-3000
5  Facsimile: (415) 781-1034

6  *Attorneys for Defendant Cheol Hoon Lee*

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                   SAN FRANCISCO DIVISION
10

11 | CLEAR CHANNEL OUTDOOR, INC., a          | CASE NO. 08-CV-2955 PJH
   | Delaware Corporation,                   |
12 |                                         |
   |         Plaintiff,                      |
13 |                                         |
   |     v.                                  |
14 |                                         | **STIPULATION TO EXTEND TIME
   | CHEOL HOON LEE, an individual,          | TO RESPOND TO COMPLAINT**
15 |                                         |
   |         Defendant.                      |
16

17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (Case No. 08-CV-2955 PJH)

1     Pursuant to Civil Local Rule 6-1 (a), Plaintiff Clear Channel Outdoor, Inc. and Defendant Cheol Hoon Lee, by and through their attorneys, stipulate to extend Defendant's time within which to respond to the Complaint. Defendant was served with the Summons and Complaint on June 16, 2008, and the last day to file a responsive pleading is July 7, 2008. The parties stipulate that Defendant's time within which to respond to the Complaint shall be extended by 30 days, to August 6, 2008. No other deadline will be affected by this extension.

DATED: July 2, 2008

                LUKENS LAW GROUP
                WILLIAM M. LUKENS
                JENNIFER L. JONAK

By: _____
     Jennifer L. Jonak
     *Attorneys for Defendant Cheol Hoon Lee*


                REED SMITH LLP
                SCOTT D. BAKER
                JAMES A. DAIRE

By: _____
     James A. Daire
     *Attorneys for Plaintiff Clear Channel Outdoor, Inc.*