1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (SBN 037196)
2  JENNIFER L. JONAK (SBN 191323)
   One Maritime Plaza, Suite 1600
3  San Francisco, CA  94111
   Telephone: (415) 433-3000
4  Facsimile: (415) 781-1034

5  Attorneys for Defendant Cheol Hoon Lee

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8
                    SAN FRANCISCO DIVISION
9

10 CLEAR CHANNEL OUTDOOR, INC., a
   Delaware Corporation,                          CASE NO.  08-CV-2955 PJH
11
              Plaintiff,                          **NOTICE OF MOTION TO DISMISS,
12                                                MOTION TO STRIKE AND
       v.                                         MOTION FOR ANTI-SLAPP
13                                                RELIEF**
   CHEOL HOON LEE, an individual,
14                                                Date: September 10, 2008
              Defendant.                          Time: 9:00 a.m.
15                                                Dept.: Courtroom 3, 17th Floor
                                                  Judge:  The Hon. Phyllis Hamilton
16

17

18

19         PLEASE TAKE NOTICE that on September 10, 2008, at 9:00 a.m., or as

20 soon thereafter as counsel may be heard, in Courtroom 3 of the above-entitled Court located at 450

21 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, Defendant Cheol Hoon Lee

22 will and hereby do move this Court for an order dismissing Plaintiff Clear Channel Outdoor, Inc.'s

23 ("Clear Channel") Complaint with prejudice pursuant to Federal Rules of Civil Procedure

24 12(b)(6).

25         Mr. Lee moves to dismiss on the grounds that (1) Clear Channel's complaint is

26 barred by the Noerr-Pennington doctrine, (2) Clear Channel's claims are barred by California's

27 anti-SLAPP laws pursuant to California Code of Civil Procedure Section 425.16, (3) Clear

28 Channel fails to state a cognizable claim for breach of contract, because it cannot satisfy the

1  elements of that cause of action with respect to the elements of breach and damage, (4) Clear
2  Channel fails to state a claim for promissory estoppel, because such a cause of action cannot lie
3  where the plaintiff has alleged an enforceable contract for which consideration was paid, and (5)
4  Clear Channel lacks jurisdiction for its declaratory relief claim under the Rooker-Feldman
5  doctrine.  Accordingly, Clear Channel's complaint should be dismissed in its entirety with
6  prejudice.  Mr. Lee also seeks an award of attorney's fees and costs and damages based on the
7  anti-SLAPP laws.  Mr. Lee further moves to strike Clear Channel's prayer for attorney's fees, as
8  there is no basis for recovery of such fees to Clear Channel as a matter of law.

This motion is based on this Notice of Motion; the Motion to Dismiss, Motion to Strike and Motion for Anti-SLAPP Relief; the Request for Judicial Notice; all of the pleadings and papers on file in this action, and such other evidence as may be adduced at the hearing.

.

DATED:  August 6, 2008            LUKENS LAW GROUP
                                  WILLIAM M. LUKENS
                                  JENNIFER L. JONAK


                                  By:   /s/ Jennifer L. Jonak
                                        Jennifer L. Jonak
                                        Attorneys for Defendant Cheol Hoon Lee