Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEOL HOON LEE, an individual,<br><br>  Defendant. | CASE NO. 08-CV-2955 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND STRIKE**<br><br>Date: September 10, 2008<br>Time: 9:00 a.m.<br>Dep't: Courtroom 3, 17th Floor<br>Judge: Honorable Phyllis J. Hamilton |

1     On _____, \_\_\_\_\_, 2008, at 9:00 a.m., in the Courtroom of the
2 Honorable Phyllis J. Hamilton, the Motion to Dismiss and Strike (the "Motion") filed by
3 Defendant Cheol Hoon Lee came on for hearing before this Court. Plaintiff Clear Channel
4 Outdoor, Inc. was represented by _____, of Reed Smith LLP, and
5 Defendant Cheol Hoon Lee was represented by _____, of Lukens Law
6 Group.

7     Having considered the Motion, the memoranda submitted in support thereof and in
8 opposition thereto, the relevant authorities, the pleadings and papers on file in this case, and the
9 arguments of counsel, the Court hereby GRANTS Defendant's Motion.

10     Plaintiff's Causes of Action for Breach of Contract, Promissory Estoppel, and Declaratory
11 Relief are hereby DISMISSED pursuant to Fed. R. Civ. Pro. 12(b)(6) with prejudice. Defendant
12 shall file any motion for attorney's fees and costs claimed pursuant to Cal. Code Civ. Pro. §
13 425.16 (c) within fourteen (14) days after entry of this Order.

15     IT IS SO ORDERED.

18     DATED: _____        _____
                                            The Hon. Phyllis B. Hamilton
19                                          Judge of the United States District Court