LUKENS LAW GROUP
WILLIAM M. LUKENS (State Bar No.: 037196)
wlukens@lukenslaw.com
JENNIFER L. JONAK (State Bar No.: 191323)
jjonak@lukenslaw.com
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

Attorneys for Defendant Cheol Hoon Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHEOL HOON LEE, an individual,<br><br>Defendant. | CASE NO. 08-CV-2955 PJH<br><br>**DECLARATION OF JENNIFER L. JONAK REGARDING TECHNICAL FAILURE OF ECF WEBSITE** |

I, Jennifer L. Jonak, declare:

1. I am an attorney with the Lukens Law Group, counsel for Defendant Cheol Hoon Lee in this action, and a member in good standing of the State Bar of California. I make this declaration in regard to electronic filings my office attempted to make in the above-captioned case on August 6, 2008.

2. At approximately 9:45p.m. on August 6, 2008, at my direction, staff of my firm attempted to log in to the ECF filing system to in order to file Defendant's Motion to Dismiss and supporting documents, which were due on that date. I also tried several times that evening myself up until approximately 11:45 p.m. None of us were able to upload any documents for filing.

3.  I was subsequently informed that the ECF system was unavailable for repairs and that a warning message on the ECF website indicated that the system was offline from 9:00 p.m. until 6:00 a.m. the next day.  A print-out of the warning message appearing on the ECF website is attached hereto as Exhibit A. I was previously unaware that the ECF system was down until that evening prior to being informed by my staff.

4.  Upon learning that that the ECF system was down, I served opposing counsel with the documents I intended to file by facsimile and by electronic mail to the addresses registered with the ECF system.

5.  Pursuant to this Court's General Order No. 45 regarding electronic filing, our office shall be filing the documents this morning, the next business day, which is to be considered timely where the ECF system is unavailable to accept filings for more than one hour past noon on the filing date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 7, 2008 at Creswell, Oregon.

      /s/ Jennifer L. Jonak
Jennifer L. Jonak

### ATTENTION: ECF Offline from 9 p.m. 08/06/08 to 6 a.m. 08/07/08

### Important Reminders

- Per General Order 45.IV.A, each attorney of record is obligated to register for E-Filing.
- Per General Order 45.IV.G, Courtesy Copies are required in addition to all e-filings.

### ELECTRONIC CASE FILING and PACER

| To **SUBMIT** documents **to** the court or to **UPDATE** your ECF account, **use your ECF** login & password and **CLICK HERE**. | To **RETRIEVE** documents **from** the court, **use your PACER\*** login & password and **CLICK HERE**. |

*To get a PACER login for queries, or for help with your PACER account, please visit the **PACER** Service Center or call (800) 676-6856.

**Top Links Inside:**

1. List of **Efiling Events** (categories) in the ECF system
   **Find where to file your document HERE.**
2. I made an e-filing mistake!  How can I fix it?
   Don't panic! Just follow our simple instructions.
3. Everything you need to know about **SIGNATURES**.
   No... you usually don't have to scan!
4. **Get Started Guide** (NEW!)
   Everything you need to know to begin efiling.
5. PDF information
   How to view and create PDF files.
6. Update your contact information
   Login/password/email/etc.

For questions, problems or suggestions regarding this web site: ECFHelpdesk@cand.uscourts.gov.
08/05/08 California Northern District Court . All rights reserved.
This site designed for Internet Explorer 5.5 or better at 800x600 (1024x768 recommended). **NEWREG**