1  LUKENS LAW GROUP
   WILLIAM M. LUKENS (SBN 037196)
2  JENNIFER L. JONAK (SBN 191323)
   One Maritime Plaza, Suite 1600
3  San Francisco, CA  94111
   Telephone: (415) 433-3000
4  Facsimile: (415) 781-1034

5  Attorneys for Defendant Cheol Hoon Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>CHEOL HOON LEE, an individual,<br><br>              Defendant. | CASE NO.  08-CV-2955 PJH<br><br>**AMENDED NOTICE OF MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR ANTI-SLAPP RELIEF**<br><br>Date:  September 17, 2008<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 3, 17th Floor<br>Judge:  The Hon. Phyllis Hamilton |

PLEASE TAKE NOTICE that on September 17, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 3 of the above-entitled Court located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California 94102, Defendant Cheol Hoon Lee will and hereby does move this Court for an order dismissing Plaintiff Clear Channel Outdoor, Inc.'s ("Clear Channel") Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6).  This motion was originally noticed for September 10, 2008.

Mr. Lee moves to dismiss on the grounds that (1) Clear Channel's complaint is barred by the Noerr-Pennington doctrine, (2) Clear Channel's claims are barred by California's anti-SLAPP laws pursuant to California Code of Civil Procedure Section 425.16, (3) Clear Channel fails to state a cognizable claim for breach of contract, because it cannot satisfy the

elements of that cause of action with respect to the elements of breach and damage, (4) Clear Channel fails to state a claim for promissory estoppel, because such a cause of action cannot lie where the plaintiff has alleged an enforceable contract for which consideration was paid, and (5) Clear Channel lacks jurisdiction for its declaratory relief claim under the Rooker-Feldman doctrine.  Accordingly, Clear Channel's complaint should be dismissed in its entirety with prejudice.  Mr. Lee also seeks an award of attorney's fees and costs and damages based on the anti-SLAPP laws.  Mr. Lee further moves to strike Clear Channel's prayer for attorney's fees, as there is no basis for recovery of such fees to Clear Channel as a matter of law.

This motion is based on this Amended Notice of Motion; the Memorandum in Support of the Motion to Dismiss, Motion to Strike and Motion for Anti-SLAPP Relief filed on August 7, 2008 (Docket #14); the Request for Judicial Notice filed on August 7, 2008 (Docket #15); all of the pleadings and papers on file in this action, and such other evidence as may be adduced at the hearing.

DATED:  August 13, 2008    LUKENS LAW GROUP
                           WILLIAM M. LUKENS
                           JENNIFER L. JONAK

                           By:    /s/ Jennifer L. Jonak
                                  Jennifer L. Jonak
                                  Attorneys for Defendant Cheol Hoon Lee