UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>CHEOL HOON LEE, an individual,<br><br>           Defendant. | CASE NO.  08-CV-2955 PJH<br><br>**[PROPOSED] ORDER DEEMING DEFENDANT'S MOTION TO DISMISS TIMELY FILED**<br><br>Date:<br>Time:<br>Dep't: Courtroom 3, 17th Floor<br>Judge: Honorable Phyllis J. Hamilton |

Upon consideration of the Declaration of Jennifer L. Jonak Regarding Technical Failure of ECF Website filed August 7, 2008 (Docket #17) and pursuant to General Order 45, Sec. IV. C, Defendant Lee's Motion to Dismiss, Motion to Strike, and Motion for Anti-SLAPP relief and supporting documents (Docket #s 13-16) are hereby deemed timely filed.

IT IS SO ORDERED.

DATED: _____          _____
                                                   The Hon. Phyllis B. Hamilton
                                                   Judge of the United States District Court

Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA 94111