LUKENS LAW GROUP
WILLIAM M. LUKENS (State Bar No.: 037196)
wlukens@lukenslaw.com
JENNIFER L. JONAK (State Bar No.: 191323)
jjonak@lukenslaw.com
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

Attorneys for Defendant Cheol Hoon Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHEOL HOON LEE, an individual,<br><br>　　　　Defendant. | CASE NO. 08-CV-2955 PJH<br><br>**PROOF OF SERVICE** |

I, Christopher J. Gladwin hereby declare:

My business address is One Maritime Plaza, Suite 1600, in the City and County of San Francisco, California. I am over the age of eighteen years and I am not a party to the foregoing action.

On August 13, 2008, I served a copy of the following documents on all parties in this proceeding:

**AMENDED NOTICE OF MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR ANTI-SLAPP RELIEF**

**[PROPOSED] ORDER DEEMING DEFENDANT'S MOTION TO DISMISS TIMELY FILED**

___ BY FEDERAL EXPRESS for delivery on the next business day by depositing a true copy of all documents set forth above in a sealed envelope, addressed to the addresses shown below, and depositing the same with Federal Express on today's date at San Francisco, California.

___ BY ELECTRONIC MAIL, by causing a true copy of all documents set forth above to the email addresses listed below.

___ BY FACSIMILE by transmitting or causing to be transmitted by facsimile machine all documents set forth above on today's date to the facsimile numbers indicated below. A record of the transmission is maintained in our offices.

_X_ BY ECF by causing said documents to be uploaded to the Court for distribution to the interested parties at the e-mail addresses provided to the Electronic Case Filing System pursuant to General Order No. 45.

___ BY HAND DELIVERY by depositing all documents set forth above in a sealed envelope, addressed as shown below, and causing same to be personally delivered on today's date.

        Scott D. Baker, Esq.
        James Daire, Esq.
        Reed Smith LLP
        Two Embarcadero Center, Suite 2000
        San Francisco, CA 94111
        Email: sbaker@reedsmith.com
        Email: jdaire@ReedSmith.com
        Tel: +1 415 543 8700
        Fax: +1 415 391 8269

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 13, 2008 at San Francisco, California.

_____
Christopher Gladwin