Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEOL HOON LEE, an individual,<br><br>    Defendant. | CASE NO.  08-CV-2955 PJH<br><br>[~~PROPOSED~~] ORDER DEEMING DEFENDANT'S MOTION TO DISMISS TIMELY FILED<br><br>Date:<br>Time:<br>Dep't: Courtroom 3, 17th Floor<br>Judge: Honorable Phyllis J. Hamilton |

Upon consideration of the Declaration of Jennifer L. Jonak Regarding Technical Failure of ECF Website filed August 7, 2008 (Docket #17) and pursuant to General Order 45, Sec. IV. C, Defendant Lee's Motion to Dismiss, Motion to Strike, and Motion for Anti-SLAPP relief and supporting documents (Docket #s 13-16) are hereby deemed timely filed.

IT IS SO ORDERED.

DATED: 8/15/08  _____
The Hon. Phyllis J. Hamilton
Judge of the United States District Court



---

[PROPOSED] ORDER DEEMING DEFENDANT'S MOTION TO DISMISS TIMELY FILED
(No.  08-CV-2955 PJH)