# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CLEAR CHANNEL OUTDOOR, INC.

                Plaintiff(s),

        v.

CHEOL HOON LEE

                Defendant(s).

_____/

CASE NO. 08-CV-2955 PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 18, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| Jennifer L. Jonak | Defendant Cheol Hoon Lee | 415-433-3000 | jjonak@lukenslaw.com |
| Scott D. Baker | Plaintiff Clear Channel Outdoor | 415-659-5901 | sbaker@reedsmith.com |
| James A. Daire | Plaintiff Clear Channel Outdoor | 415-391-8269 | jdaire@reedsmith.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/27/2008

/s/ James A. Daire
**Attorney for Plaintiff**

Dated: 8/27/2008

/s/ Jennifer L. Jonak
**Attorney for Defendant**

Rev 12.05