Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHEOL HOON LEE, an individual,<br><br>Defendant. | Case No.: 3:08-cv-02955-PJH<br><br>**DECLARATION OF PATRICK POWERS IN OPPOSITION TO DEFENDANT LEE'S MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR ANTI-SLAPP RELIEF**<br><br>Date: September 17, 2008<br>Time: 9:00 a.m.<br>Dept: Courtroom 3, 17th Floor<br><br>Hon. Phyllis J. Hamilton |

I, Patrick Powers, declare as follows:

1.  I am employed by Plaintiff Clear Channel Outdoor, Inc. ("Clear Channel") as its Real Estate Manager for the Northern California Division. I have personal knowledge of the facts set forth in this Declaration, and if called to do so, could and would competently testify to those facts. As indicated with regard to certain facts, my knowledge is on information and belief, and as to those matters, I believe them to be true.

2.  Clear Channel was the owner of the outdoor advertising sign structure erected at Market and 16th Streets, the real property currently owned by Defendant Cheol Hoon Lee. Through its predecessors-in-interest, Clear Channel had erected and maintained a sign structure there since 1938. Indeed, Clear Channel has placed all signs, structures, and improvements on the Market and 16th Streets real property since 1938.

3.  Mr. Lee purchased the real property at Market and 16th Streets in 1987. Clear Channel was notified that he took ownership of the real property at Market and 16th Streets at that time.

4.  Clear Channel, either itself or through its predecessors, has paid all property taxes incurred by the sign structure at Market and 16th Streets since the erection of the sign structure – forty-nine years before Mr. Lee purchased the property. In addition, Clear Channel has paid for preventative maintenance and expenses of the sign structure, including lighting and insurance. Clear Channel has also paid for all City of San Francisco permits obtained in connection with the sign structure since 1938.

5.  On March 26, 1987, the predecessors-in-interest of Clear Channel as Lessee and Mr. Lee as Lessor entered into a written lease ("the Lease") for the purpose of maintaining advertising signs thereon, including supporting structures, illumination facilities and connections, service

1  ladders and other appurtenances thereon.  The Lease was subsequently amended by Clear Channel's
2  predecessor-in-interest and Mr. Lee on September 5, 1997.  A true and correct copy of the Lease and
3  September 1997 amendment is attached hereto as Exhibit A.

5  I declare under penalty of perjury of the laws of the United States that the following is true
6  and correct.

7  Executed on August 27, 2008 at Oakland, California.

                                          /s/ Patrick Powers
                                          Patrick Powers

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of August 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/
James A. Daire

**Signature Attestation**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

/s/
James A. Daire

# EXHIBIT A

# patrick

## REAL ESTATE LEASE

DATE _2/20/87_                        LEASE # _15-14115_

1. The undersigned, as Lessor, hereby leases and grant exclusively to PATRICK MEDIA GROUP, INC., (hereinafter called Lessee), the entire roof, walls and surrounding surface of the building and property located at _Market St & 26th Street, SEC  (100' x 131.54' irreg.)_ _Assessors Block 3559, Lot 14_ in the City of _San Francisco_, County of _San Francisco_, in the State of _California_, commencing on _December 15_, 19_86_, for the purpose of erecting and maintaining advertising signs thereon, including supporting structures, illumination facilities and connections, service ladders and other appurtenances thereon. Lessor gives Lessee access to the roof and such other portions of the building and property as may be necessary in order to erect and/or service the sign(s).

2. Lessor grants Lessee the right to use and alter such portions of the building as may be necessary for the bracing, support, or maintenance of its signs, the right to illuminate the signs (including installation of necessary electrical fixtures and connections), and the right to make construction inspection and access for servicing of signs as may be necessary, of the building or any part thereof. Lessee shall, at its own expense, after it constructs its signs, make such repairs to the exterior roof or exterior walls as are necessitated by its use of the roof or walls in the construction or maintenance of the signs. Lessor will not erect, or permit to be erected, any sign that may extend above the parapet wall of Lessor's building.

3. Lessee shall pay Lessor rental of _Six Thousand and no/100_ ($ _6,000.00_ ) Dollars per year, payable in monthly installments, beginning on the completion of construction of Lessee's signs. During the period prior to completion of construction and for the entire period during which no advertising copy is displayed on the property by Lessee, the rental shall be Ten ($10.00) Dollars.

4. Lessor warrants that Lessor is the _owner_ of the above-described real estate and has full authority to make this agreement; and the Lessee shall have the right to make any necessary applications with, and obtain permits from, governmental bodies for the construction and maintenance of Lessee's signs, at the sole discretion of Lessee. All such permits shall always remain the property of Lessee.

5. Lessee shall save the Lessor harmless from all damage to persons or property by reason of accidents resulting from the negligent acts of its agents, employees or others employed in the construction, maintenance, repair or removal of its signs on the property.

6. This agreement is a Lease (not a License), and all signs, structures and improvements placed on the premises by or for the Lessee shall remain the property of the Lessee, and that, not withstanding the fact that the same constitute real estate fixtures, Lessee shall have the right to remove the same at any time during the term of the Lease, or after the expiration of the Lease.

7. The term of this Lease will be _five_ (5) years commencing on the date set forth above. This lease shall continue in full force and effect for its term and thereafter for subsequent successive like terms unless terminated at the end of such term or any successive like term upon written notice by the Lessor or Lessee served not less than ninety (90) days before the end of such term or subsequent like term, provided that Lessee shall have the right to terminate the Lease at the end of any sixty day period upon written notice to Lessor served not less than (60) days prior to the end of such sixty day period.

8. In the event of condemnation of the subject premises or any part thereof by proper authorities, or relocation of the highway, the Lessor grants to the Lessee the right to relocate its display(s) on Lessor's remaining property adjoining the condemned property or the relocated highway. Any condemnation award for Lessee's property shall accrue to Lessee.

9. In the event that (a) any of Lessee's signs on the premises become entirely or partially obstructed or destroyed; (b) the premises cannot safely be used for the erection or maintenance of Lessee's signs thereon for any reason; (c) the value of the location for advertising purposes becomes diminished; (d) the view of Lessee's signs are obstructed or impaired in any way by any object or growth on any property or on any neighboring property owned or controlled by Lessor; (e) the Lessee is unable to obtain any necessary permit for the erection and/or maintenance of such sign(s) as the Lessee may desire; (f) the Lessee be prevented by law from construction and/or maintaining on the premises such signs(s) as the Lessee may desire; then the Lessee, may at its option, adjust the rent in proportion to the decreased value of the premises for advertising purposes, or may terminate the Lease on fifteen(15) days' notice in writing. Lessor agrees thereupon to return to the Lessee any rent paid in advance for the unexpired term.

10. If Lessee is prevented by law, government order, or other causes beyond Lessee's control from illuminating its signs, the Lessee may reduce the rental provided by paragraph 3 by one-half (½), with such reduced rental to remain in effect so long as such condition continues to exist. Lessee agrees to pay all electrical power costs used by the signs.

11. This Lease shall constitute the sole agreement of the parties relating to the premises. Neither party will be bound by any terms, oral or written, not set forth specifically in this Lease. This Lease is binding upon and inures to the benefit of the heirs, executors, successors, and assigns of Lessee and Lessor.

12. All rents to be paid pursuant to this Lease, and all notices are to be forwarded to the undersigned Lessor at the address noted below the Lessor's signature.

EXECUTED by the Lessor in the presence of _JUDY CARROL_ who is hereby requested to sign as witness.

WITNESS: _[signature]_                LESSOR(S)
                                      By: _[signature]_

ACCEPTED PATRICK MEDIA GROUP, INC.    _PAUL A. SWERDLOVE_
BY: _[signature]_                     Address: _257 S. REEVES DR._



**ELLER**
MEDIA COMPANY

September 5, 1997

Dr. Cheol Hoon Lee
C/O Mr. Tony Lee
1 Parker Avenue
San Francisco, CA 94118

RE: Lease #15-14115-04, San Francisco
    Market St. SL 25' E/O 16th St.

Dear Mr. Lee:

This letter is in reference to your conversation with David Sweeney, our Real Estate Supervisor, regarding the advertising structure located on the above described property.

Eller Media Company is agreeable to increasing the annual rental to $6,600.00, payable monthly, effective May 15, 1997. Effective May 15, 1998, and for each year thereafter, the annual rental shall be increased by ~~three percent (3%)~~ FIVE PERCENT (5%). The term of this agreement shall be five (5) years.

Lessor shall have the right to terminate the Lease at any time during the period of the Lease if Lessor is to improve the unimproved property by razing the building and erecting thereon a permanent, private, commercial, or residential building. Lessee shall remove its sign within sixty (60) days after receipt of a copy of the applicable building permit. The Lessor will, upon giving such notice of building, return to Lessee all rent paid for the unexpired term. If the Lessor fails to commence the erection of the building within sixty (60) days after Lessee removes its signs, Lessee shall again have the right to occupy the premises and maintain advertising signs subject to the provisions of the Lease.



Lessee shall maintain in good repair all of its fixtures upon the property and shall hold Lessor harmless from any losses or damage resulting from Lessee's failure to maintain such fixtures.

In the event a governmental agency requires improvements to the building, Lessee shall have the right to pay for those improvement costs directly associated with its fixtures, or terminate the Lease upon thirty (30) days written notice.

NORTHERN CALIFORNIA DIVISION
1601 MARITIME STREET, OAKLAND, CALIFORNIA 94607
(510) 835-5900   FAX (510) 835-1024

All other terms and conditions of the existing Lease Agreement dated March 26, 1987 shall remain the same.

If this agreement meets with your approval, please have the original of this letter signed and returned to this office for processing. The copy is to be retained for your records.

Please contact David Sweeney at (510) 835-5900 with any other questions. Thank you for your consideration in this matter.

Sincerely,

*David McWalters*

David McWalters
Manager
Real Estate Department


ACCEPTED AND APPROVED:

*Cheol Hoon Lee*   11/18/97
Dr. Cheol Hoon Lee