Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHEOL HOON LEE, an individual,<br><br>Defendant. | Case No.: 3:08-cv-02955-PJH<br><br>**[PROPOSED] ORDER DENYING DEFENDANT CHEOL HOON LEE'S MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR ANTI-SLAPP RELIEF** |

3:08-cv-02955-PJH

DOCSSFO-12525880.1

[PROPOSED] ORDER DENYING DEFENDANT CHEOL HOON LEE'S MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR ANTI-SLAPP RELIEF

1  Defendant Cheol Hoon Lee's Motion to Dismiss, Motion to Strike and Motion for
2  Anti-SLAPP Relief came on regularly for hearing before this Court. After consideration of the
3  briefs, evidence in support thereof, arguments of counsel, and all other papers and pleadings filed in
4  this action,

6  IT IS HEREBY ORDERED that Defendant's Motion to Dismiss, Motion to Strike
7  and Motion for Anti-SLAPP Relief are DENIED.

9  IT IS SO ORDERED.

11  DATED: _____, 2008.

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.: C 07-06138 SBA                   – 1 –                                    DOCSSFO-12525880.1
[PROPOSED] ORDER DENYING DEFENDANT CHEOL HOON LEE'S MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR ANTI-SLAPP RELIEF

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of August 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

```
                    /s/
              _____
              James A. Daire
```

Case No.: C 07-06138 SBA     – 2 –     DOCSSFO-12525880.1

[PROPOSED] ORDER DENYING DEFENDANT CHEOL HOON LEE'S MOTION TO DISMISS, MOTION TO STRIKE AND MOTION FOR ANTI-SLAPP RELIEF