United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLEAR CHANNEL OUTDOOR, INC.,

    Plaintiff,

    v.

CHEOL HOON LEE,

    Defendant.
_____/

No. C 08-2955 PJH

**ORDER**

At the September 17, 2008, hearing on defendant's motion to dismiss the complaint in the above-entitled action, the court directed counsel for plaintiff Clear Channel Outdoor, Inc., to file a statement setting forth the basis for its contention that this action satisfies the amount-in-controversy requirement of 28 U.S.C. § 1332(a).

The statement shall be filed no later than October 1, 2008.

**IT IS SO ORDERED.**

Dated: September 17, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge